IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CONNIE CROSS                                                                                                    PLAINTIFF

V.                                                                              CIVIL ACTION NO. 1:07CV143-B-S

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY                                                                                                      DEFENDANT

## ORDER

The court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, the plaintiff's objections to the Magistrate Judge's Report and Recommendation, and the Commissioner's response thereto, hereby approves the Magistrate Judge's Report and Recommendation dated January 15, 2009, and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner of Social Security denying the applications of claimant Connie E. Cross for a period of disability and disability insurance benefits is hereby **AFFIRMED**, and this case is **DISMISSED with prejudice**.

This, the 15th day of February, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Neal Biggers*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NEAL B. BIGGERS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SENIOR U.S. DISTRICT JUDGE**